# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2975
LT Case No. 2016-MH-000056

_____

JEFFREY A. COLE,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Jeffrey A. Cole, Arcadia, pro se.

Ashely Moody, Attorney General, Tallahassee, and Douglas
T. Squire, Assistant Attorney General, Office of the Attorney
General, Daytona Beach, for Appellee.

December 26, 2023

PER CURIAM.

 AFFIRMED.

EDWARDS, C.J., MAKAR, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————